GUSTAVUS J. ESSELEN, INC., Respondent, *v.* VINCENT VISOR et al., Appellants.

Supreme Court, Appellate Term, First Department, June 10, 1943.

*Jeffroy J. Lewin* for appellants.

*Black, Varian & Simon* for respondent.

MEMORANDUM *Per Curiam.* The default was neither intentional nor willful. It was improper to require the filing of cash or a bond as a condition for opening the default.

Order modified by striking therefrom the condition for giving cash security or surety bond, and as modified affirmed. Case set down for trial for June 18, 1943.

SHIENTAG, McLAUGHLIN and HECHT, JJ., concur.